UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE *EX PARTE* APPLICATION OF NARA MARIA CAMARA SOUZA FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | CASE NO. _____ |

*EX PARTE* **APPLICATION OF NARA MARIA CAMARA SOUZA FOR AN ORDER TO TAKE DISOCVERY PURSUANT TO 28 U.S.C. § 1782**

**BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI, LLP**

299 Park Avenue
New York, New York 10171
(212) 888-3033

*Attorneys for Applicant*

Upon the accompanying memorandum of law, dated May 9, 2019, and the declarations of Nara Maria Camara Souza ("Ms. Souza"), dated May 3, 2019, Monica Guazzelli, dated April 29, 2019, and Jesse T. Conan, dated May 9, 2019, Ms. Souza, a Brazilian national, respectfully petitions this Court for an order pursuant to 28 U.S.C. § 1782 authorizing service of the subpoenas attached to this application as Exhibit A on Citibank N.A., Citigroup Inc., and Israel Discount Bank of New York ("IDB Bank") (collectively, the "Banks").  The evidence sought from the Banks is for use in the Brazilian divorce proceeding pending between Ms. Souza, and her husband, Ari Edson Longoni.

As detailed in the accompanying memorandum of law, the Application meets the threshold requirements of 28 U.S.C. § 1782 (at 3-4):  (1) the Banks are found in New York; (2) the discovery is for use in a foreign proceeding; and (3) Ms. Souza, as a litigant in the foreign proceeding, is an "interested person."   Further, the discretionary factors, highlighted in *Intel Corp. v. Advanced Mircro Devices, Inc.*, 542 U.S. 241, 244-45 (2004), weigh heavily in favor of granting the Application (at 4-6):  (1) The Banks are not participants in the foreign proceeding; (2) the foreign proceeding is a pending lawsuit and the discovery sought would be  admissible and welcomed in the foreign proceeding; (3) the request does not circumvent any proof-gathering limits or policies in Brazil; and (4) the requests are narrowly tailored and would pose minimal burden on the Banks. Accordingly, Ms. Souza respectfully requests that her application for discovery be granted.   A proposed order is attached as Exhibit B.

Dated: New York, New York
      May 9, 2019

                                  Respectfully submitted,

                                  **BECKER, GLYNN, MUFFLY,**
                                  **CHASSIN & HOSINSKI, LLP**

                                  /s Jesse T. Conan
                                  Jesse T. Conan, Esq.
                                299 Park Avenue
                                New York, New York  10171
                                jconan@beckerglynn.com
                                (212) 888-3033

                                *Attorneys for Applicant*